

**NUMBER 13-13-00507-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

JOSE RUIZ,                                                              Appellee.

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This case is on remand from the Texas Court of Criminal Appeals. The court of

criminal appeals affirmed in part and reversed and remanded in part this Court's previous

opinion and judgment, *see State v. Ruiz*, 545 S.W.3d 687 (Tex. App.—Corpus Christi–

Edinburg 2018), *aff'd in part, vacated and remanded in part,* 581 S.W.3d 782 (Tex. Crim.

App. 2019) and asked this Court to re-analyze the issue of exigent circumstances in light of the United States Supreme Court case, *Mitchell v. Wisconsin*, 139 S. Ct. 2525 (2019).

This Court hereby requests supplemental briefing by both parties on the issue now before this Court using any updated case law since the last supplemental briefing submitted that may assist the Court on this issue. *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever terms the court may prescribe."); *see also* R. 38.1(i) ("The brief must contain a clear and concise arguments for the contentions made, with appropriate citations to authorities and to the record."). The State's brief shall be filed within thirty days from the date of this order, with Ruiz's brief due within thirty days of the State's filing.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th the day of October, 2020.